836

No. 79–1935. SOUTHERN PACIFIC TRANSPORTATION CO. *v.* BAILEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–1936. MARENO, A MINOR BY MARENO *v.* WALKER ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–1937. WALNUT PROPERTIES, INC. *v.* LONG BEACH CITY COUNCIL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–1940. U. S. CABLEVISION CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied

No. 79–1942. SHAFFER *v.* COOK, JUDGE. Sup. Ct. Okla. Certiorari denied.

No. 79–1945. RONCKETTI ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 79–1947. SCHAFFAN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 79–1948. WINNEBAGO TRIBE OF NEBRASKA *v.* RAY, DISTRICT ENGINEER, UNITED STATES ARMY CORPS OF ENGINEERS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–1949. KAIN *v.* S.S. VJAZMA ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–1950. BERK, EXECUTRIX *v.* COUNTY OF LOS ANGELES ET AL. Sup. Ct. Cal. Certiorari denied.

No. 79–1951. PUCKETT *v.* PAULDING COUNTY, GEORGIA, BY ITS BOARD OF COMMISSIONERS. Sup. Ct. Ga. Certiorari denied.